# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Douglas C. Crawford,<br>Attorney at Law, Bar No. 181 | Case No. 2:16-ms-00016-APG<br><br>**ORDER OF DISBARMENT** |

Attorney Douglas C. Crawford, State Bar No. 181, was disbarred by the Supreme Court of Nevada on January 13, 2025. On January 16, 2025, I ordered Mr. Crawford to show cause why this court should not impose reciprocal discipline and disbar him. ECF No. 3. That order was mailed via certified mail. However, the order was returned from the United States Postal Service marked "Return to Sender-Attempted-Not Known-Unable to Forward." Regardless, the order provided Mr. Crawford with 30 days to respond with reasons why he should not be disbarred. No response has been received. Failure to respond requires me to enter an order of disbarment. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Douglas C. Crawford, Bar No. 181, is disbarred from practice in United States District Court for the District of Nevada.

DATED THIS 7th Day of March 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 7th day of March 2025, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Douglas C. Crawford
> 501 S. 7th St.
> Las Vegas, NV 89101

> Certified Mail No.: 9589 0710 5270 1165 2468 80

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada